JERREL MARTIN

VS

THE STATE OF TEXAS

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

FEB 13 2015

CHRISTOPHER A. PRINE
CLERK _____

2-11-15

RE: Court of Appeals Number 01-15-00015-CR
Trial Court Case Number 1443272

TO MR CHRISTOPHER A. PRINE

SIR, I'm writing you to see if you can help me get a attorney for my appeals. I filed a Pro-se motion of appeal on Dec. 12, 2014. I'm asking the court to appointment counsel because I'm indigent I'm appealing ineffective assisance because my attorney failure to communicat plea offer that the state offer and did not inform me. My attorney refused 4 year TDCJ with-out my knowledge. I can send a copy of the offer where my attorney refused it with-out my signature. The state attorney signature and my counsels stamp is on it but I neve had a chance to see that form. Why would I refused 4 years TDCJ. and on the same day sing for 8 year TDCJ.

Thank you very much for your time and help

Respectfully Submitted

Jerrel Mart

JERREL MARTEN #1940546
GIST UNIT F-2-54
3295 FM 3514
BEAUMONT, TEXAS
77705

MAIL RECEIVED
LEGAL MAIL

SOUTH HOUSTON TX

11 FEB 2015 PM 5 L

RECD
FIRST COURT OF APPEALS
HOUSTON, TEXAS

FEB 13 2015

CHRISTOPHER A. PRINE
CLERK

To Mr. CHristopher A. Prine
Court of Appeals
First District
301 Fannin Street
Houston, Texas
77002

77002208699

FOREVER USA
2014